**No. 48424.**—Protests 774287–G, etc., of Samuel Aitken et al. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48425.**—Protests 843603–G(A), etc., of Bunce Allen, Inc., et al. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48426.**—Protests 950594–G, etc., of I. F. Roncallo et al. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48427.**—Protests 954773–G, etc., of Fidelity Distributing Corp. et al. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48428.**—Protests 971357–G, etc., of Meyer & Lange et al. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, JUNE 24, 1943

**No. 48429.**—Protests 87854–K, etc., of Artmart Linen Co., Inc., et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48430.**—Protests 893629–G, etc., of Darmstadt, Scott & Co. et al. (Norfolk, etc.).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48431.**—Protests 23792–K, etc., of Grand Gaslight, Inc., et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48432.**—Protests 89706–K, etc., of International Harvest Hat Co. et al. (St. Louis, etc.).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.